**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000295**
**14-OCT-2020**
**09:55 AM**
**Dkt. 25 OAWST**

NO. CAAP-20-0000295


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD VISTA
by its Board of Directors, Plaintiff-Appellee, v.
BIKINI LLC, a Hawaii limited liability company,
Defendant-Appellant, and BANK OF HAWAII, a Hawaii corporation,
Defendant-Appellee, and JOHN DOES 1-5; JANE DOES 1-5;
DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ENTITIES 1-5;
and DOE GOVERNMENTAL UNITS 1-5, Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC181001079)


ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By:  Ginoza, Chief Judge, Chan and Wadsworth, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal Filed April 20, 2020" (**Stipulation**), filed July 24, 2020, by Defendant-Appellant Bikini, LLC, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice; (3) the Stipulation is dated and signed by counsel for all

parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b).[1]

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.

DATED:  Honolulu, Hawaiʻi, October 14, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Derrick H.M. Chan
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge

---

[1]  Under HRAP Rule 2, the court suspends the requirement in HRAP Rule 42(b) that a stipulation to dismiss an appeal specify the terms as to payment of costs, which the parties omitted from the Stipulation.